IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDRE RICHARDS,
        *Petitioner*,

v.

BRIAN COLEMAN, et al.,
        *Respondents*.

CIVIL ACTION
NO. 13-7109

FILED
NOV - 6 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 3rd day of November, 2015, for the reasons discussed in the accompanying Memoranda and upon consideration of the following documents:

(1) Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* by a Person in State Custody, which petition was filed by Petitioner, Andre Richards, *pro se* on December 5, 2013 ("Petition") (Doc. No. 1);

(2) Response to Petition for Writ of *Habeas Corpus*, which response was filed by respondents Brian V. Coleman, *et al.* on October 7, 2014 (Doc. No. 12);

(3) Report and Recommendation of United States Magistrate Judge Linda K. Caracappa filed November 24, 2014 (Doc. No. 13); and

(4) The record developed in the state courts;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* relief is **GRANTED** as to Ground 1 (insufficient evidence to support a conviction) and Petitioner's conviction and sentence are **VACATED**;

**IT IS FURTHER ORDERED** that the Pennsylvania Department of Corrections shall release the Petitioner from custody unless he is provided with a new trial, to commence within 120 days of the date of this Order;

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge